## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**BENNIE NELL MORROS,**

    Plaintiff,

v.                           Case No: 2:11CV00254-MPM-JMV-

**STATE FARM FIRE & CASUALTY INSURANCE COMPANY,**

    Defendant.
_____

## ORDER ON MOTIONS

The court conducted a telephonic hearing on Defendant's Motion to Strike Plaintiff's Designation of Rebuttal Expert [65] and Defendant's Motion to Amend Scheduling Order [73]. For the reasons announced during the hearing, Defendant's Motion to Strike is DENIED. However, Defendant's Motion to Amend the Scheduling Order is GRANTED IN PART AND DENIED IN PART. The discovery deadline is hereby extended until October 11, 2012, to allow for the taking of Plaintiff's rebuttal expert's deposition. Additionally, the motion deadline is extended until October 21, 2012.

    **SO ORDERED** this the 11th day of September, 2012.


                    **/s/ Jane M. Virden**
                    **UNITED STATES MAGISTRATE JUDGE**