IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BENNIE NELL MORROS                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO.: 2:11CV00254-MPM-JMV

STATE FARM FIRE & CASUALTY
INSURANCE COMPANY                                                     DEFENDANT

## AMENDED CASE MANAGEMENT ORDER

This Order, including the deadlines established herein, having been established with the participation of all parties, can be modified only by order of the Court, and only upon a showing of good cause supported by affidavits, other evidentiary materials, or reference to portions of the record.

**It is hereby Ordered:**

1.      **ESTIMATED DAYS OF TRIAL:**               3

        **ESTIMATED TOTAL NUMBER OF WITNESSES:**   10

        **EXPERT TESTIMONY EXPECTED:**             Yes    **NO. OF EXPERTS:** 2-5

2.      **ALTERNATE DISPUTE RESOLUTION [ADR].**

At the time this Proposed Case Management Order is offered it does not appear that alternative dispute resolution techniques will be used in this civil action.

The parties may re-evaluate after completion of discovery.

3.      **CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE.**

The parties do not consent to trial by a United States Magistrate Judge.

4.      **DISCLOSURE.**

The pre-discovery disclosure requirements of Uniform Local Rule 5.1(A) have been complied with fully.

5.      MOTIONS: ISSUE BIFURCATION.

Staged resolution, or bifurcation of the issues for trial in accordance with FED. R. CIV. P. 42(b) will assist in the prompt resolution of this action.  Accordingly, the Court orders:

Bifurcation on the issue of punitive damages.

Early filing of the following motion(s) might significantly affect the scope of discovery or otherwise expedite the resolution of this action:

None.

6.      DISCOVERY PROVISIONS AND LIMITATIONS.

   A.      Interrogatories are limited to 30 succinct questions.

   B.      Requests for Production and Request for Admissions are limited to 60 succinct questions.

   C.      Depositions are limited to the parties, experts, and no more than 10 fact witness depositions per party without prior approval of the Court

   D.      The parties have complied with the requirements of Local Rul 26(e)(2)(B) regarding discovery of electronically stored information and have concluded as follows [The parties MUST state whether or not there is ESI and, if so, how they propose to address it]:

           The parties have consulted and the Defendant is going to turn over a redacted copy of the electronic claims file which the parties have agreed to confer if any issues arise with regard to any of the redactions.

   E.      The court imposes the following further discovery provisions or limitations:

           None.

7.      SCHEDULING DEADLINES.

   A.      **Trial.**  This action is set for JURY TRIAL

           beginning on: May 20, 2013 at 9:40 a.m. in Oxford, Mississippi, before United States District Judge Michael P. Mills.  THE ESTIMATED NUMBER OF DAYS FOR TRIAL IS THREE.  ANY CONFLICTS WITH THIS TRIAL DATE MUST BE SUBMITTED IN WRITING TO THE TRIAL JUDGE IMMEDIATELY UPON RECEIPT OF THIS CASE MANAGEMENT ORDER.

      **B.**     **Pretrial.**  The pretrial conference is set on: <u>April 23, 2013</u> at <u>10:00 a.m.</u> in <u>Greenville,</u> Mississippi, before United States <u>Magistrate</u> Judge <u>Jane M. Virden</u>.

      **C.**     **Discovery.**  All discovery must be completed by: <u>January 7, 2013.</u>

      **D.**     **Amendments.**  Motions for joinder of parties or amendments to the pleadings must be filed by: <u>May 3, 2012</u>.

      **E.**     **Experts.**  The parties' experts must be designated by the following dates:

          **1.** Plaintiff(s): <u>June 4, 2012</u>

          **2.** Defendant(s): <u>July 16, 2012</u>

**8.**     **MOTIONS.**  All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: <u>January 21, 2013</u>.  The deadline for motions *in limine* is fourteen (14) days before the pretrial conference; the deadline for responses is seven (7) days before the pretrial conference.

**9.**     **SETTLEMENT CONFERENCE.**

     If the parties desire judicial assistance to settle the case after initial discovery, they will contact the Court to request a date for a settlement conference when they have obtained the discovery necessary to make the conference effective.

**10.**     **REPORT REGARDING ADR.**  On or before <u>January 9, 2013,</u> the parties must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules or provide sufficient facts to support a finding of just cause for failure to comply.  *See* L.U.Civ.R. 83.7(f)(3).

**SO ORDERED:**


**09/27/12**                    **/s/ Jane M. Virden**
DATE                      U. S. MAGISTRATE JUDGE